[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10182
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 7, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:09-cr-00224-WS-M-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWAYNE DUHON,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

(November 7, 2011)

Before HULL, PRYOR and HILL, Circuit Judges

PER CURIAM:

William Gregory Hughes, appointed counsel for Dwayne Duhon in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Duhon's convictions and sentences are **AFFIRMED**.